## COFFEY, Internal Revenue Collector, etc., et al. v. EXCHANGE BANK OF LENNOX.

(Circuit Court of Appeals, Eighth Circuit. February 26, 1924.)

No. 6458.

In Error to the District Court of the United States for the District of South Dakota; James D. Elliott, Judge.

Action by the Exchange Bank of Lennox against James Coffey, as Internal Revenue Collector, and another. Judgment for plaintiff, and defendants bring error. Reversed.

Before SANBORN, Circuit Judge, and TRIEBER and MUNGER, District Judges.

PER CURIAM. In this cause the issues involved are identical with those in 6342 (296 Fed. 807), were argued orally, and submitted by the same attorneys and on the same briefs. For the reasons therein stated, the judgment of the District Court is reversed.